IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ELAINE BENNETT AND DONALD P. BOONE, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. H-08-3408 |
| MEDTRONIC, INC., | § § § | |
| Defendant. | § | |

## ORDER

The plaintiffs have filed a second motion for an extension of time to file an amended complaint, (Docket Entry No. 56), which the defendant opposed, (Docket Entry No. 57). In light of the delays that often result from the year-end holidays, the motion is granted. The plaintiffs' amended complaint is due **January 11, 2011**. No additional extensions will be granted.

SIGNED on January 5, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge